AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> DLOTT, SUSAN J. | **2. Court or Organization** <br><br> US SOUTHERN DISTRICT OF OHIO | **3. Date of Report** <br><br> 3/12/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> US DIST JUDGE-ACTIVE | **5a. Report Type** (check appropriate type) <br> ☐ Nomination,   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | **6. Reporting Period** <br><br> 01/01/2008 <br> to <br> 12/31/2008 |
| **7. Chambers or Office Address** <br><br> US COURT HOUSE <br> 2ND FLOOR ROOM 227 <br> CINCINNATI OHIO 45202 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judge Dlott is the trustee of ▬▬▬ trust ( not the beneficiary) | ▬▬ TRUST |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 10: 11 FINANCIAL DISCLOSURE OFFICE

Dlott_Susan_J

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND-GREEN OHIO INCOME TAX REV COMM. LEARNING CENTER-6/1/14 | D | Interest | M | T | | | | | |
| 2. BOND-AKRON OHIO SEWER SYS REV SERIES 1998 4.6% DUE12/1/09 | C | Interest | L | T | | | | | |
| 3. BOND-BLUE ASH OH SERV GARAGE & FIREHOUSE 3% DUE 11/1/10 | C | Interest | M | T | | | | | |
| 4. BOND-CINCINNATI OHIO CITY SCHL FAC CONS & IMPR 5%DUE12/1/09 | D | Interest | M | T | | | | | |
| 5. BOND-FRANKLIN CO,OH HOSP REV H OLY CROSS 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 6. BOND - CINCINNATI OHIO CITY SCHO OL DISTRICT 5%, DUE 12/1/15 | D | Interest | M | T | | | | | |
| 7. BOND - FAIRFIELD & UNION LOCAL SCHOOL , 3.875%, DUE 12/1/12 | D | Interest | M | T | | | | | |
| 8. BOND - US TREASURY BILL, DUE 6/5/08 | | None | | | Sold | 2-4 | O | A | |
| 9. CASH & EQUILVALENTS (#968) | | None | N | T | | | | | |
| 10. CASH & EQUILVALENTS (#8932) | | None | K | T | | | | | |
| 11. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 12. BOND-ST OF OHIO SECONDARY ED S ERIES 1998A 4% DUE6/1/08 | B | Interest | | | Matured | 6/01 | M | B | |
| 13. Women's Capital Club | D | Dividend | J | U | | | | | |
| 14. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 15. ILLINOIS EDUC FAC AUTH R MORRIS COLLEGE 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 16. BOND-LORAIN CO OH REV CATH HEA LTHCARE 5.2% DUE 9/1/10 | D | Interest | M | T | | | | | |
| 17. BED BATH & BEYOND INC | | None | | | Sold | 10-02 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -SHS AMERICAN INTERNATIONAL GP | A | Dividend | | | Sold | 9-16 | K | A | |
| 19. -SHS TARGET CORP | A | Dividend | J | T | Sold (part) | 6-13 | K | D | |
| 20. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | J | T | | | | | |
| 21. FEDERATED OH MUNI CASH TR INSTL | A | Distribution | K | T | | | | | |
| 22. SHS SYSCO CORP | B | Dividend | L | T | | | | | |
| 23. SHS ADOBE SYSTEMS INC | | None | K | T | | | | | |
| 24. BOND-LAKE OH LOCAL SCH DIST GEN OBLIG 5.35% DUE 12/01/11 | D | Interest | M | T | | | | | |
| 25. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 26. SHS AKAMAI TECHNOLOGIES | | None | K | T | | | | | |
| 27. SHS DANAHER CORPORATION | A | Dividend | K | T | | | | | |
| 28. INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 29. SHS MARSHAL & ILSLEY CORP | B | Dividend | | | Sold | 9-30 | K | A | |
| 30. SHS JOHNSON REALTY FUND | B | Dividend | | | Sold | 12-22 | L | A | |
| 31. SHS CHEVRONTEXACO CORP | A | Dividend | J | T | | | | | |
| 32. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 33. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII0 | | | | | | | | | |
| 34. SHS EXXON MOBIL (#8932) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SHS ISHARES S&P SMALLCAP 600 | B | Dividend | L | T | | | | | |
| 36. SHS MICROSOFT CORP | B | Dividend | L | T | | | | | |
| 37. SHS ORACLE CORP | | None | | | Sold | 1-10 | L | E | |
| 38. SHS PEPSICO INC | B | Dividend | L | T | | | | | |
| 39. INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 40. SHS WALGREEN CO | A | Dividend | L | T | Sold (part) | 4-15 | J | A | |
| 41. SHS JOHNSON FIXED INCOME FUND | D | Dividend | M | T | | | | | |
| 42. LINE INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 43. SHS STAPLES INC (#968) | A | Dividend | | | Sold | 8-13 | L | A | |
| 44. WORLDCOM INC | A | Distribution | | | | | | | |
| 45. SHS BHP BILLITON LTD ADR | A | Dividend | J | T | | | | | |
| 46. SHS L-3 COMMUNICATIONS HOLDINGS INC | A | Dividend | | | Sold | 10-2 | L | D | |
| 47. SHS CONOCOPHILLIPS | C | Dividend | L | T | | | | | |
| 48. BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | D | Interest | M | T | | | | | |
| 49. SHS CATERPILLAR TRACTOR COMPANY | A | Dividend | J | T | | | | | |
| 50. SHS DANAHER CORP (#8932) | A | Dividend | J | T | | | | | |
| 51. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 53. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 54. SHS FIFTH THIRD BANCORP | B | Dividend | J | T | | | | | |
| 55. SHS JOHNSON CONTROLS INC | B | Dividend | | | Sold | 10-15 | L | D | |
| 56. SHS HOLOGIC INC | | None | J | T | Sold (part) | 11-12 | J | A | |
| 57. SHS METAVANTE TECHNOLOGIES | | None | | | Sold | 2-28 | K | C | |
| 58. SHS PROCTER & GAMBLE CO | B | Dividend | M | T | | | | | |
| 59. SHS CISCO SYSTEMS INC | | None | J | T | | | | | |
| 60. SHS JOHNSON OPPORTUNITY/MIDCAP FUND | A | Dividend | J | T | Sold (part) | 12-22 | J | A | |
| 61. INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 62. INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 63. SHARES WELLPOINT INC | | None | L | T | | | | | |
| 64. SHARES EQUITABLE RESOURCES INC | B | Dividend | L | T | | | | | |
| 65. INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 66. SHARES GENERAL ELECTRIC COMPANY | D | Dividend | L | T | | | | | |
| 67. SHS EXXON MOBIL CORPORATION | C | Dividend | M | T | | | | | |
| 68. SHARES ROYAL DUTCH PETROLEUM COMPANY (NETHERLANDS) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SHS JOHNSON & JOHNSON | C | Dividend | L | T | | | | | |
| 70. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 71. - SHARES MEDTRONIC INC | A | Dividend | J | T | Sold (part) | 6-13 | K | D | |
| 72. - SHARES NOVARTIS AG ADR | A | Dividend | K | T | | | | | |
| 73. - SHARES CISCO SYSTEMS | | None | J | T | | | | | |
| 74. LAKEWOOD OHIO GEN 5.0% DUE 12/1/14 DATED 5/26/05 | D | Interest | M | T | | | | | |
| 75. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | D | Interest | M | T | | | | | |
| 76. JACKSON OHIO LOCAL SCHOOL DIST 5.0% DUE 12/1/16 DTD 4/21/05 | D | Interest | M | T | | | | | |
| 77. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | C | Interest | M | T | | | | | |
| 78. UNION COUNTY OHIO 4.5% DUE 12/1/14 DATED 7/1/05 | D | Interest | M | T | | | | | |
| 79. UNIVERSITY OF CINCINNATI GEN 3.190% DUE 6/1/31 DATED 2/5/04 | A | Interest | | | Matured | 1-29 | L | | |
| 80. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | C | Interest | M | T | | | | | |
| 81. INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 82. CADBURY SCHWEPPES PLC | B | Dividend | | | Sold | 5-23 | L | D | |
| 83. OCCIDENTAL PETROLEUM CORPORATION | A | Dividend | J | T | | | | | |
| 84. XTO ENERGY | A | Dividend | K | T | Buy | 5/29 | L | | |
| 85. ALLSTATE CORPORATION | B | Dividend | J | T | Sold (part) | 12-8 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. STRYKER CORPORATION | A | Dividend | K | T | | | | | |
| 87. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | C | Interest | L | T | | | | | |
| 88. OHIO STATE DEPT OF ADMIN SERVICES COP, 5%, DUE 9/1/11 | D | Interest | M | T | | | | | |
| 89. PICKERINTONOHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | C | Interest | L | T | | | | | |
| 90. STATE OF OHIO INFRASTRUCTURE IMP, 4%, DUE 2/1/13 | C | Interest | M | T | | | | | |
| 91. 3M COMPANY SHARES | B | Dividend | L | T | | | | | |
| 92. AUTODESK INC SHARES | | None | | | Sold | 5-22 | L | A | |
| 93. SHS AKAMAI TECH (#8932) | | None | J | T | | | | | |
| 94. BB&T COMPANY SHARES | A | Dividend | J | T | Buy | 5-28 | J | | |
| 95. CINCINNATI FINANCIAL CORP SHARES | C | Dividend | L | T | | | | | |
| 96. DOMINION RESOURCES SHARES | B | Dividend | L | T | | | | | |
| 97. EMERSON ELECTRIC COMPANY | B | Dividend | L | T | | | | | |
| 98. SHS HOLOGIC INC (#8932) | | None | | | Sold | 11-12 | J | A | |
| 99. INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 100. NOKIA CORPORATION | | None | | | Sold | 1-10 | M | F | |
| 101. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 102. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. LINE INTENTIONALLY LEFT BLANK (SEE PART VII) | | | | | | | | | |
| 104. THORNBURG INTERNATIONAL VALUE FUND | C | Dividend | M | T | | | | | |
| 105. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 106. COACH INC | | None | | | Sold | 9-3 | K | B | |
| 107. COMCAST CORP CLASS A SPECIAL | A | Dividend | J | T | | | | | |
| 108. GILEAD SCIENCES INC | | None | J | T | | | | | |
| 109. ROCHE HOLDINGS LIMITED - ADR | A | Dividend | J | T | | | | | |
| 110. TEXAS INSTRUMENTS INC | A | Dividend | | | Sold | 5-22 | J | A | |
| 111. UNITED HEALTHCARE CORP | A | Dividend | J | T | | | | | |
| 112. SHS KELLOGG COMPANY | A | Dividend | J | T | | | | | |
| 113. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 114. SHS KRAFT FOODS INC | A | Dividend | J | T | | | | | |
| 115. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 116. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 117. SHS STAPLES INC (#8932) | A | Dividend | | | Sold | 8-13 | J | A | |
| 118. BOND - STATE OF OHIO BLDG AUTH REV,5%, DUE 10/1/17 | D | Interest | M | T | | | | | |
| 119. SHS US BANCORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | SHS AMDOCS LTD | | None | J | T | | | | | |
| 121. | SHS SUNCOR ENERGY INC | A | Dividend | J | T | | | | | |
| 122. | SHS BP PLC ADS | A | Dividend | J | T | | | | | |
| 123. | LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 124. | SHS HOLOGIC INC | | None | | | Sold | 11-12 | L | A | |
| 125. | LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 126. | SHS PETMED EXPRESS INC | | None | K | T | | | | | |
| 127. | LINE INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 128. | FIRST AMERICAN TREAS OBLIG FD | | None | K | T | | | | | |
| 129. | SHS PETSMART INC | A | Dividend | | | Sold | 6-30 | K | A | |
| 130. | SHS AMERICAN EXPRESS CR CORP | A | Dividend | J | T | | | | | |
| 131. | SHS - SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 132. | ISHARES WYETH | A | Dividend | K | T | | | | | |
| 133. | ISHARES MSCI EAFE INDEX FD | B | Dividend | K | T | Sold (part) | 4-10 | K | A | |
| 134. | ISHARES RUSSEL MIDCAP VALUE | A | Dividend | | | Sold | 4-10 | K | A | |
| 135. | ISHARES TR RUSSEL MIDCAP GROWTH | A | Dividend | | | Sold | 1-10 | K | A | |
| 136. | ISHARES TR MSCI EMERGING MARKETS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SHS LOWES COMPANIES INC | A | Dividend | | | Sold | 6-13 | J | A | |
| 138. PORTFOLIO RECOVERY ASSOCIATE | | None | J | T | | | | | |
| 139. SECTOR SPDR TR SHS BEN - AMERI CAN INTL GROUP | A | Dividend | K | T | | | | | |
| 140. LINE INTENITALLY LEFT BLANK | | | | | | | | | |
| 141. EVERGREEN MONEY MARKET FUND CLASS S1 | A | Dividend | K | T | | | | | |
| 142. SHS ALLERGAN INC | A | Dividend | | | Sold | 6-13 | K | C | |
| 143. SHS APPLE COMPUTER INC | | None | J | T | | | | | |
| 144. SHS ARCHER-DANIELS MIDLAND | A | Dividend | J | T | Sold (part) | 1-10 | K | D | |
| 145. SHS GOLDMAN SACHS GROUP INC | A | Dividend | J | T | | | | | |
| 146. ███████ ESTATE - TRUST | | None | | | | | | | |
| 147. LINE INTENTIALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 148. LINE INTENTIALLY LEFT BLANK ( SEE PART VIII) | | | | | | | | | |
| 149. OHIO MUNI ELECTRIC GENERATION AGENCY REV CALLABLE 2-15-14 | D | Interest | M | T | | | | | |
| 150. BECTON, DICKINSON AND COMPANY | | None | J | T | Buy | 9-17 | J | | |
| 151. BOEING COMPANY | A | Dividend | | | Sold | 12-16 | K | A | |
| 152. CHESAPEAKE ENERGY CORPORATI ON | A | Dividend | J | T | Buy | 9-17 | J | | |
| 153. CHEVRON CORPORATION | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. COVANCE, INC | | None | L | T | Buy | 10-31 | L | | |
| 155. GAMESTOP CORPORATION | | None | J | T | Buy | 9-04 | J | | |
| 156. KIMBERLY-CLARK CORPORATION | A | Dividend | J | T | Buy | 4-15 | J | | |
| 157. NESTLE A SPONSERED ADR | | None | L | T | Buy | 11-18 | K | | |
| 158. PRINCIPAL FINANCIAL GROUP | A | Dividend | J | T | Buy | 9-4 | J | | |
| 159. SAFEWAY INCORPORATED | A | Dividend | J | T | Buy | 7-22 | J | | |
| 160. CONTINENTAL AIRLS CL B | | None | | | Buy | 4-10 | K | | |
| 161. CONTINENTAL AIRLS CL B | | None | | | Sold | 6-13 | J | A | |
| 162. GOLDMAN SACHS GROUP INC | A | Dividend | J | T | Buy | 6-13 | K | | |
| 163. GS FINL SQ MMKT INSTL | B | Dividend | M | T | Buy | 6-17 | M | | |
| 164. GS FINL SQ MMKT INSTL | | None | | | Sold (part) | 10-02 | K | A | |
| 165. INTUITIVE SURGICAL INC | | None | J | T | Buy | 6-13 | J | | |
| 166. INTUITIVE SURGICAL INC | | None | K | T | Buy | 10-06 | K | | |
| 167. KANSAS CITY SOUTHERN | | None | | | Buy | 1-10 | K | | |
| 168. MANITOWOC COMPANY INC | A | Dividend | J | T | Buy | 1-10 | K | | |
| 169. MINDRAY MEDICAL INTL LTD | | None | J | T | Buy | 10-02 | J | | |
| 170. PEPSICO INCORPORATED | A | Dividend | J | T | Buy | 10-02 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PETROLEO BRASILEIRO - SA | | None | J | T | Buy | 4-10 | K | | |
| 172. POLO RALPH LAUREN CORP | A | Dividend | J | T | Buy | 4-10 | K | | |
| 173. STARBUCKS CO | | None | | | Buy | 1-10 | J | | |
| 174. STARBUCKS CO | | None | | | Sold | 10-08 | J | A | |
| 175. TATA MOTORS LTD - SPNS ADR | A | Dividend | J | T | Buy | 4-10 | K | | |
| 176. GREATER CLEVELAND OHIO REGIONAL TRANSPORTATION AUTHORITY GNE | D | Interest | M | T | Buy | 2-21 | M | | |
| 177. MASON OHIO GEN 4% DUE 12/021/20 | C | Interest | M | T | Buy | 5-29 | M | | |
| 178. NORTH OLMSTED OHIO GEN. 5.250% DUE 12/1/20 | D | Interest | M | T | Buy | 5-08 | M | | |
| 179. OHIO STATE HOUSING FINANCE AGENCY REV 3.7% DUE 12/1/16 | | None | L | T | Buy | 8/08 | L | | |
| 180. BANK OF NEW YORK MELLON CORP | | None | L | T | Buy | 10-30 | L | | |
| 181. FPL GROUP INC | A | Dividend | L | T | | | | | |
| 182. JOHNSON DISCIPLINED MID-CAP FUND | B | Dividend | M | T | | | | | |
| 183. VANGUARD MONEY MARKET RESERVES, INC. PRIME PORTFOLIO | E | Dividend | O | T | Buy | 2-05 | O | | |
| 184. JOHNSON REALTY FUND | B | Dividend | | | Buy | 9-25 | J | | |
| 185. JOHNSON REALTY FUND | | None | | | Sold | 12-22 | J | A | |
| 186. SERVICE CORPORATION INTERNATIONAL | A | Distribution | | | | | | | |
| 187. ELAN CORPORATION | A | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. KANSAS SOUTHERN NEW | | None | | | Buy | 1-10 | K | | |
| 189. KANSAS SOUTHERN NEW | | None | | | Sold | 4-30 | K | D | |
| 190. SHRS COACH INC | | None | | | Buy | 3-17 | K | | |
| 191. SHRS DR PEPPER | | None | | | Sold | 9-3 | J | B | |
| 192. SHRS HOLOGIC | | None | | | Buy | 5-6 | L | | |
| 193. SHRS BOEING | A | Dividend | J | T | Buy | 5-29 | L | | |
| 194. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE UNDER INDIVIDUAL SHARES OWNED BY PARTNERSHIP. JUDGE DLOTT OWNS 2.5%.

LINES 9 AND 10 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

LINES 44, 187, 186 ARE DISTRIBUTIONS OF SECURITIES LITIGATION SETTLEMENTS FROM INVESTMENTS HELD PRIOR TO 2008,

LINES11,14,25,32,33,39,42,51,52,53,61,62,65,70,81,99,102,103,105,113,115,116,125,146,147,148  WERE MULTIPLE TRANSACTIONS OCCURRING IN OR BEFORE  2007, LINES WERE NOT USED IN 2008.

LINE 191 DR PEPPER WAS SPUN OFF FROM CADBURY AND SUBSEQUENTLY SOLD  NO PURCHASE WAS MADE

LINE 139 AND 140 WERE COMBINED INTO LINE 140  BLANK LINE LEFT FOR EASE OF COMPARISON

LINE 21 DISTRIBUTIONS FROM CASH EQUIVALENTS REPORTED AS CASH ON LINE 9

LINE 143 WAS A PARTIAL SALE IN PREVIOUS YEAR ERRONEOUSLY NOT FLAGGED AS PARTIAL SALE

PART I AND PART VII LINE 146
JUDGE DLOTT IS TRUSTEE OF ▮▮▮▮▮▮▮▮TRUST WHICH WAS SETTLED FROM▮▮▮▮▮▮▮ESTATE.  THE TRUST IS FOR THE BENEFIT OF THE JUDGE'▮▮▮▮▮.  THE WAS NO GAIN OR LOSS OR EARNINGS ATTRIBUTEABLE TO THE JUDGE FROM THE TRUST.  ALL AMOUNTS IN THE TRUST ARE HELD IN CASH EQUIVALENTS.

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J. | 3/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544